**Dismiss and Opinion Filed October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01635-CV

### WESTERN PROFESSIONAL HOCKEY LEAGUE, INC. D/B/A CENTRAL HOCKEY LEAGUE AND WPHL TEXAS HOLDINGS, INC., Appellants
### V.
### BRIAN MCKENNA AND PAUL HENDRICK, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05044**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Before the Court is Appellants' Unopposed Motion to Dismiss Appeal With Prejudice.

Appellants have informed the Court that the case has settled and they no longer wish to pursue

the appeal. Accordingly, we grant appellants' motion and dismiss the appeal.[1]

131635F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[1] *See* TEX. R. APP. P. 42.1(a)(1).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WESTERN PROFESSIONAL HOCKEY
LEAGUE, INC. D/B/A CENTRAL
HOCKEY LEAGUE AND WPHL TEXAS
HOLDINGS, INC., Appellants

No. 05-13-01635-CV      V.

BRIAN MCKENNA AND PAUL
HENDRICK, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-05044.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that, subject to any agreement of the parties, appellees Brian McKenna and Paul Hendrick recover their costs of this appeal from appellants Western Professional Hockey League, Inc. d/b/a/ Central Hockey League and WPHL Texas Holdings, Inc.

Judgment entered October 14, 2014